JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS International Textiles, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>Amazon.com Services, Inc., a Delaware Corporation;<br><br>Defendants. | Case No. 2:19-cv-04463-RGK-GJS<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Judge: *R. Gary Klausner* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: October 2, 2019

*[signature: Gary Klausner]*

_____
The Honorable *R. Gary Klausner*
United Stated District Court Judge